**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALLISON SHANNON,             :   No. 117 MAL 2021

            Respondent          :

                                            :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

            v.                       :

                                            :

RUFUS SHANNON,               :

                                            :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.